**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

TERRY D. TILMON                                  CIVIL ACTION NO. 05-2170

VERSUS                                           JUDGE S. MAURICE HICKS, JR.

TIM WILKINSON                                    MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

On February 16, 2017, Petitioner Terry D. Tilmon ("Tilmon") filed a "Motion to Amend Petition for Writ of Habeas Corpus" (Record Document 43) in which he asserts that certain arguments in support of overturning his 2001 conviction for simple burglary have been fully exhausted in the state court system and may now be addressed in a 28 U.S.C. § 2254 Motion. Tilmon also filed a Motion for Leave to Proceed *In Forma Pauperis* (Record Document 44) on the instant "Motion to Amend."

Because the instant action has been closed since 2009, **IT IS ORDERED** that the Clerk of Court re-file the instant "Motion to Amend Petition for Writ of Habeas Corpus" (Record Document 43) as a new civil action under 28 U.S.C. § 2254 with its filing date as February 16, 2017. **IT IS FURTHER ORDERED** that the "Motion to Amend Petition for Writ of Habeas Corpus" (Record Document 43) be referred to Magistrate Judge Hornsby once docketed in the new civil action. **IT IS FURTHER ORDERED** that Tilmon's Motion for Leave to Proceed *In Forma Pauperis* (Record Document 44) is hereby **GRANTED.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 6th day of March, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE