UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

TERRY D. TILMON                                    CIVIL ACTION NO. 17-cv-0359

VERSUS                                             JUDGE HICKS

WARDEN, WINN CORRECTIONAL              MAGISTRATE JUDGE HORNSBY
CENTER

## MEMORANDUM ORDER

Petitioner's Motion to Proceed IFP (Doc. 2) is granted, as already ordered by Judge

Hicks when it was first filed in 05 CV 2170. See Doc. 45.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 10th day of March, 2017.

_____
Mark L. Hornsby
U.S. Magistrate Judge