**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

TERRY D. TILMON                                    CIVIL ACTION NO. 17-0359

VERSUS                                             JUDGE S. MAURICE HICKS, JR.

WARDEN, WINN CORRECTIONAL                          MAGISTRATE JUDGE HORNSBY
CENTER

**ORDER**

Considering the Motion for Extension of Time (Record Document 7) filed by

Petitioner Terry D. Tilmon,

**IT IS ORDERED** that the motion is **GRANTED** and Petitioner's objections to the

Report and Recommendation shall be filed no later than **April 17, 2017**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 23rd day of March,

2017.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE