UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TERRY D. TILMON | CIVIL ACTION NO. 17-0359 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN, WINN CORRECTIONAL CENTER | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that: Petitioner's application for habeas corpus relief, styled as a Motion to Amend Original Petition, is **DISMISSED** for lack of jurisdiction on the grounds that it is a second or successive application under 28 U.S.C. § 2244.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability. Jurists of reason would not find it debatable whether the petition states a valid claim of the denial of a constitutional right and whether this court was correct in its procedural ruling.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 10th day of April, 2017.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE