**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

TERRY D. TILMON                                    CIVIL ACTION NO. 17-0359

VERSUS                                             JUDGE S. MAURICE HICKS, JR.

WARDEN, WINN CORRECTIONAL CTR.                     MAGISTRATE JUDGE HORNSBY

**ORDER**

Before the Court is a Motion for Reconsideration (Record Document 11) filed by Petitioner Terry D. Tilmon ("Tilmon"). Tilmon asks the Court to reconsider its Judgment entered on April 10, 2017. The Court construes the instant motion as a Motion for Relief From a Judgment pursuant to Federal Rule of Civil Procedure 60(b). Pursuant to Rule 60(b), the Court may relieve a party from a final judgment or order due to "(1) mistake, inadvertence, surprise, or excusable neglect; ... or (6) any other reason justifying relief." F.R.C.P. 60(b). Because Rule 60 sets forth very specific grounds for relief, Tilmon must demonstrate that he is entitled to relief under one of those particular grounds in order to prevail. See Edward H. Bohlin Co. v. Banning Co., 6 F.3d 350, 356 (5th Cir.1993). "Implicit in the fact that Rule 60(b)(1) affords extraordinary relief is the requirement that the movant make a sufficient showing of unusual or unique circumstances justifying such relief." Pryor v. U.S. Postal Serv., 769 F.2d 281, 286 (5th Cir.1985). Here, the showing made by Tilmon in his motion is insufficient to justify the extraordinary relief he seeks. Accordingly, his request for the Court to reconsider its Judgment must be denied.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 2nd day of May, 2017.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE